United States District Court
Southern District of Texas
**ENTERED**
November 09, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| 507 SUMMIT LLC and KOA CAPITAL L.P., <br> Petitioners, <br> v. <br> MALONEBAILEY LLP, <br> Respondent. | Case No. 4:23-mc-01724 (ASH) <br><br> **STIPULATION AND ORDER** |

WHEREAS, 507 Summit LLC and KOA Capital L.P. (together, the "Petitioners") commenced the above-entitled 28 U.S.C. § 1782 proceeding to take discovery of MaloneBailey LLP ("Respondent", and together with Petitioners, the "Parties") for use in an appraisal proceeding pending in the Grand Court of the Cayman Islands, In re China Index Holdings Limited, Case No. FSD 2023-0201; and

WHEREAS, Respondent has agreed to furnish documents and information to Petitioners on terms provided herein;

NOW, THEREFORE, the Parties hereby stipulate and agree:

1. Respondent shall produce all documents in its possession, custody and control, responsive to the requests in Schedule A to the subpoena attached to the Declaration of Robert M. Corn as Exhibit 1 (ECF Doc. #1-15), in accordance with the definitions and instructions included therein, within thirty (30) days following this stipulation being so ordered, and in conformity with the Federal Rules of Civil Procedure and the local rules of this district.

2. Respondent's production shall be accompanied by a certification from its records custodian, that the documents produced are original records or true and correct copies of original records that were made and kept in the ordinary course of Respondent's regularly conducted business activities.

3.  Petitioners are granted leave to depose Respondent by written questions, as provided in Fed. R. Civ. P. 31, and Respondent agrees to appear and respond. Petitioners may interpose up to ten direct questions. Any such deposition shall be taken within sixty (60) days after Respondent has confirmed in writing to Petitioner that Respondent's production of documents pursuant to Paragraph 1 has been completed or within sixty (60) days after the time for production set forth in Paragraph 1 has elapsed. The corresponding subpoena and deposition notice with direct questions may be served on Respondent by first class mail and email at the following addresses:

> George Qin
> MaloneBailey, LLP
> 10370 Richmond Avenue
> Suite 600
> Houston, TX 77042
> gqin@malone-bailey.com

> with a copy to:

> Mark David Hunter
> Hunter Taubman Fischer & Li LLC
> 2 Alhambra Plaza
> Suite 650
> Coral Gables, FL 33134
> mhunter@hftlawyers.com

4.  The discovery directed and authorized hereby may be compelled pursuant to Fed. R. Civ. P. 37.

5.  Petitioners shall provide to China Index Holdings Limited notice of entry hereof, within two business days after this stipulation has been so ordered, and prior notice of intent to serve a subpoena and deposition notice on Respondent pursuant to Paragraph 3.

6.  This stipulation may be executed by the Parties in one or more counterparts, including by email, PDF or facsimile, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

7. Each person signing this stipulation on behalf of a Party hereto represents and warrants that he has been duly authorized and has the requisite authority to execute and deliver this stipulation on behalf of such Party and to bind his respective client(s) to the terms and conditions hereof.

8. This Court shall retain jurisdiction over all matters relating to the implementation or interpretation hereof and any discovery disputes relating to the discovery directed or authorized hereby.

Dated: Houston, Texas
November 1, 2023

| 507 SUMMIT LLC<br>KOA CAPITAL L.P.<br><br>By: *Robert M. Corn*<br>Robert M. Corn<br>3131 Eastside Street<br>Suite 440<br>Houston, TX 77098<br>rcorn@corn-law.com<br>Attorneys for Petitioners | MALONEBAILEY, LLP<br><br>By: *George Qin*<br>Name: George Qin<br>Title: Audit Partner |
|---|---|

So ordered.

Dated this 7th day of November, 2023.

Honorable Andrew S. Hanen
United States District Judge